IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY BRAZIL                                                                            PLAINTIFF

v.                                            No. 5:15-cv-253-DPM

ARKANSAS DEPARTMENT OF HUMAN
SERVICES; VICTOR STERLING, Manager;
DOUG NELSON, Manager; and
TRACY MITCHELL, Manager                                            DEFENDANTS

ORDER

Brazil's response to the Department, Sterling, Nelson, and Mitchell's

motion to dismiss, № 16, was due 14 December 2015. She hasn't responded.

If Brazil doesn't respond by 31 December 2015, the Court will rule on the

motion without her response.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_18 December 2015_