IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY BRAZIL                                                                PLAINTIFF

v.                           No. 5:15-cv-253-DPM

VICTOR STERLING, Manager;
DOUG NELSON, Manager; and
TRACY MITCHELL, Manager                                       DEFENDANTS

ORDER

Motion to amend, № 30, noted. Brazil must follow the Scheduling Order, № 29 at 2, and Local Rule 5.5, on proposed amendments. Addendum to motion with a redline showing all proposed changes (additions and deletions) due by 21 September 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 September 2016