IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY BRAZIL                                                                                              PLAINTIFF

v.                                            No. 5:15-cv-253-DPM

VICTOR STERLING, Manager;
DOUG NELSON, Manager; and
TRACY MITCHELL, Manager                                                                    DEFENDANTS

## ORDER

Addendum, № 34, noted and appreciated. The Court again clarifies that it has not granted Brazil's motion to amend yet. The Court would appreciate a response to the proposed amendment by 14 October 2016.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

6 October 2016