IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY BRAZIL                                                                              PLAINTIFF

v.                              No. 5:15-cv-253-DPM

VICTOR STERLING, Manager;
DOUG NELSON, Manager;  and
TRACY MITCHELL, Manager                                              DEFENDANTS

### ORDER

Brazil's motion to compel, № 48, is denied without prejudice. Please follow the procedure outlined in the Final Scheduling Order, № 29 at 3, for any discovery disputes.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

    20 January 2017