IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY BRAZIL                                                                                         PLAINTIFF

v.                                          No. 5:15-cv-253-DPM

VICTOR STERLING; DOUG NELSON;
and TRACY MITCHELL, Managers                                                DEFENDANTS

ORDER

Brazil's response to the pending motion for summary judgment, № 50, is overdue. Unless she responds by 6 March 2017, the Court will consider the motion unopposed and enter judgment accordingly.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 February 2017