IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY BRAZIL                                                                                    PLAINTIFF

v.                                    No. 5:15-cv-253-DPM

VICTOR STERLING; DOUG NELSON;
and TRACY MITCHELL, Managers                                            DEFENDANTS

ORDER

The Court has plenty of materials on the summary judgment motion.

No more related filings will be accepted.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 March 2017