IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY BRAZIL                                                      PLAINTIFF

v.                           No. 5:15-cv-253-DPM

ARKANSAS DEPARTMENT OF HUMAN
SERVICES; JOHN SELIG, Director, DHS; ANDY
ALLISON, Director of Division of Medical
Services; MARILYN STRICKLAND, Chief
Operating Officer; DRENDA HARKINS, Assistant
Director; and VICTOR STERLING, DOUG
NELSON, and TRACY MITCHELL, Managers          DEFENDANTS

## JUDGMENT

1. Brazil's claims for job-reassignment retaliation and race discrimination against Victor Sterling, Doug Nelson, and Tracy Mitchell, in their official capacities, are dismissed with prejudice.

2. Brazil's age-discrimination claim against the Arkansas Department of Human Services is dismissed with prejudice.

3. All of Brazil's other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2017