# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MARY BRAZIL                                                    PLAINTIFF

v.                       No. 5:15-cv-253-DPM

ARKANSAS DEPARTMENT OF
HUMAN SERVICES; JOHN SELIG,
Director, Department of Human
Services; ANDY ALLISON, Director
of Division of Medical Services; MARILYN
STRICKLAND, Chief Operating Officer;
DRENDA HARKINS, Assistant Director;
VICTOR STERLING, Manager; DOUG
NELSON, Manager; and TRACY
MITCHELL, Manager                                              DEFENDANTS

## AMENDED JUDGMENT

Pursuant to the mandate of the United States Court of Appeals for the Eighth Circuit, № 77:*

**1.**  Brazil's claim for job-reassignment retaliation against Victor Sterling, Doug Nelson, and Tracy Mitchell, in their official capacities, is dismissed without prejudice for lack of jurisdiction. Her claim against those individuals in their official capacities for race discrimination is dismissed with prejudice.

---

* Ms. Brazil recently filed a judicial misconduct complaint against me. It is pending. I do not believe that my impartiality in complying with the Court of Appeals' mandate could reasonably be questioned. 28 U.S.C. § 455(a).

2. Brazil's age-discrimination claim against the Arkansas Department of Human Services is dismissed with prejudice.

3. All of Brazil's other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 August 2018